Arnold Long

v.

American Family Mutual Insurance Company, S.I.

Case No. 19-CV-04036

# Exhibit "A"



September 5, 2019

Timothy J. Finnerty
316.219.8319
tfinnerty@wallacesaunders.com

**VIA ELECTRONIC MAIL**

Larry G. Michel
KENNEDY BERKLEY YARNEVICH
 WILLIAMSON, Chartered
119 W. Iron Ave., 7th Floor
P.O. Box 2567
Salina, KS 67402-2567

Mark E. Meyer
AMERICAN FAMILY INSURANCE CO.
600 SW Jefferson Street, Suite 301
Lee's Summit, MO 64063

      Re:   *Arnold Long v. American Family Mutual Insurance Company, S.I.*
              U.S.D.C. of Kansas, case no. 5:19-cv-04036-HLT-ADM

Gentlemen:

     This confirms that you have asked me to mediate the above matter on Friday, September 20, 2019, beginning at 9:30 a.m. at Wallace Saunders, Chartered at our address below.

     Please provide to me a mediation brief or other submission providing contentions as to facts and legal theories by September 16, 2019. Please provide any documents you feel are appropriate for me to review in order to have a good understanding of your case. I would appreciate your suggestions about whether an opening session would be helpful.

     The parties and their counsel with authority to settle the case will be present in person unless specifically released from that obligation by the parties' agreement. Since this matter is pending in the Kansas federal district court, please bear in mind the requirements of D.Kan. Rule 16.3 as they bear on this process.

WSABEWI0\912796.v1

200 West Douglas Suite 400 | Wichita, KS 67202 | T: 316.269.2100 | F: 316.269.2479 | wallacesaunders.com
Overland Park, KS  913.888.1000 | Kansas City, MO  816.448.3154 | Springfield, MO  417.866.2300

Larry G. Michel
Mark E. Meyer
September 5, 2019
Page 2

 Consistent with the local rule, mediation submissions and resulting negotiations are not discoverable nor may they be used in any fashion for any purpose at trial or hearing, whether or not settlement is achieved. I will assume that all information provided to me prior to the mediation is confidential until such time as the parties authorize disclosure.

 Finally, I itemize my time for review of materials, telephone conferences and the settlement conference and I will bill my time at $275.00 per hour. Unless you instruct otherwise, expenses will be shared equally by each party and billed to counsel for each party subsequent to mediation. Payment is expected within 30 days from the date of statement. If another agreement about the division of my fee has been made between the parties, let me know that before the date of the mediation. By participating in mediation, your clients agree to these terms.

 Thank you for asking me to be of service to your clients.

Very truly yours,

*[signature]*

Timothy J. Finnerty
For the Firm

TJF:am