Arnold Long

v.

American Family Mutual Insurance Company, S.I.

Case No. 19-CV-04036

# Exhibit "B"

# KennedyBerkleyYarnevich&Williamson

## CHARTERED

PO Box 2567
Salina, KS 67402-2567
Phone: (785) 825-4674
Fax: (785) 825-5936
Email: lherbic@kenberk.com
www.kenberk.com

# INVOICE

Invoice # 4589
Date: 09/27/2019
Due On: 10/12/2019

Arnold Long
P.O. Box 176
Council Grove, KS 66846

## Contingency - Breach of Contract / Insurance

### Services

| Date | Attorney | Notes | Quantity | Total |
|---|---|---|---|---|
| 08/07/2019 | LGM | Emails w/ Att. Finnerty and counsel re: mediation | 0.10 | $30.00 |
| 08/12/2019 | LGM | Emails w/ counsel re: mediation | 0.10 | $30.00 |
| 08/14/2019 | LGM | Emails w/ counsel and Ashley re: mediation; corr. to Arnold re: protective order | 0.30 | $90.00 |
| 08/21/2019 | LGM | Review file; email to Arnold re: settlement; corr. to counsel re: same | 0.40 | $120.00 |
| 08/21/2019 | LGM | Review file and email to counsel re: status | 0.20 | $60.00 |
| 08/29/2019 | LGM | Work on letter to mediator re: contentions | 0.50 | $150.00 |
| 08/30/2019 | LGM | Work on contention statement to mediator | 1.50 | $450.00 |
| 09/03/2019 | LGM | Emails w/ Arnold re: status | 0.10 | $30.00 |
| 09/05/2019 | LGM | Review letter from Att. Finnerty re: mediation; email to Ashley re: same | 0.10 | $30.00 |
| 09/05/2019 | LGM | Emails w/ Ashley re: contact from State Farm re: u.i. claim | 0.10 | $30.00 |
| 09/12/2019 | LGM | Email and t/c to counsel re: mediation | 0.30 | $90.00 |
| 09/13/2019 | LGM | Emails w/ counsel and Arnold re: mediation; o/c w/ Klint re: same | 0.40 | $120.00 |
| 09/18/2019 | KAS | Reviewed case file. Prepared for mediation. | 0.90 | $180.00 |

| Date | | Notes | | Hours | Total |
|---|---|---|---|---|---|
| 09/19/2019 | LGM | O/c w/ Klint re: mediation | | 0.30 | $90.00 |
| 09/20/2019 | KAS | Attended mediation in Wichita. | | 7.50 | $1,500.00 |
| 09/20/2019 | QRK | Attended Mediation in Wichita; Legal research re: mediation authority requirements. | | 7.70 | $1,155.00 |
| 09/24/2019 | QRK | Legal research re: settlement authority; Prepared Motion for Attorneys' Fees and Costs and Motion for Second Mediation. | | 2.10 | $315.00 |
| 09/26/2019 | LGM | Emails w/ Quinn and Ashley re: mediation motion | | 0.10 | $30.00 |
| | | | **Services Subtotal** | | **$4,500.00** |

## Expenses

| Date | Attorney | Notes | Total |
|---|---|---|---|
| 05/17/2019 | AMF | Payment to Federal Court to initiate lawsuit | $400.00 |
| 05/23/2019 | AMF | Payment to the Kansas Insurance Dept for serving fee #18992 | $25.00 |
| 09/27/2019 | AMF | Payment to Wallace Saunders for 9/20 Mediation #018574 | $797.50 |
| | | **Expenses Subtotal** | **$1,222.50** |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Quinn Kendrick | 9.8 | $150.00 | $1,470.00 |
| Larry G. Michel | 4.5 | $300.00 | $1,350.00 |
| Klint Spiller | 8.4 | $200.00 | $1,680.00 |
| | | **Subtotal** | **$5,722.50** |
| | | **Total** | **$5,722.50** |

## Statement of Account

| | Outstanding Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|
| ( | $0.00 | + | $5,722.50 | ) - ( | $0.00 | ) = | $5,722.50 |

Pay on-line @ www.kenberk.com or make all amounts payable to: Kennedy Berkley Yarnevich & Williamson, Chtd