Arnold Long

v.

American Family Mutual Insurance Company, S.I.

Case No. 19-CV-04036

# Exhibit "C"



EIN: ███ 1719

September 26, 2019

**VIA ELECTRONIC MAIL**
Larry G. Michel
KENNEDY BERKLEY YARNEVICH
  WILLIAMSON, Chartered
119 W. Iron Ave., 7th Floor
P.O. Box 2567
Salina, KS 67402-2567

Mark E. Meyer
AMERICAN FAMILY INSURANCE CO.
600 SW Jefferson Street, Suite 301
Lee's Summit, MO 64063

      Re:    *Arnold Long v. American Family Mutual Insurance Company, S.I.*
               U.S.D.C. of Kansas, case no. 5:19-cv-04036-HLT-ADM

Gentlemen:

Enclosed please find our invoice for professional services rendered in connection with the September 20 mediation in our offices. I regret we were not able to settle the case.

I ask each of you to remit $797.50 as your equal share of our firm's fee. Please <u>disregard</u> the expense billing of $34.01 for lunch. That will be on the house.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment is greatly appreciated.  <u>Please return a copy of the billing coverage page with your payment.</u>

Thank you for asking me to assist your clients in this matter.


Sincerely,

*/s/ Timothy J. Finnerty/*
Timothy J. Finnerty
For the Firm

TJF:am
Enclosure

10111 West 87th Street   Overland Park, KS 66212   T: 913.888.1000 | F: 913.888.1065 | wallacesaunders.com
Kansas City, MO 816.448.3154   Wichita, KS 316.269.2100   Springfield, MO 417.866.2300

WSABEWI0\920006.v1



EIN: 1719

September 26, 2019

Mediation

Invoice #:   ▇0623
Matter #:    ▇9353
Client #:    ▇7264

---

## INVOICE SUMMARY

For professional services rendered through September 24, 2019:

**RE:  Long, Arnold v. American Family
Insurance Company, S.I. - Mediation**

| | |
|---|---:|
| Professional Services | $ 1,595.00 |
| Disbursements | $ 34.01 |
| **TOTAL THIS INVOICE** | **$ 1,629.01** |

**Wallace Saunders**

Invoice #: ▮0623                                                                                            September 26, 2019

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description of Services | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/20/19 | TJF | Review parties' submissions and outline discussion points. | 1.40 | 275.00 | 385.00 |
| 9/20/19 | TJF | Conduct mediation. | 4.40 | 275.00 | 1,210.00 |
| | | **TOTAL PROFESSIONAL SERVICES** | | | **$ 1,595.00** |

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Tkpr | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| Timothy Finnerty | TJF | PARTNER | 5.80 | 275.00 | 1,595.00 |
| **TOTALS** | | | **5.80** | | **$ 1,595.00** |

**DISBURSEMENTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 9/20/19 | MEALS - | 34.01 |
| | **TOTAL DISBURSEMENTS** | **$ 34.01** |
| | **TOTAL THIS INVOICE** | **$ 1,629.01** |





September 26, 2019

| | |
|---|---|
| Mediation | Invoice #:   ▇0623 |
| | Matter #:   ▇9353 |
| | Client #:   ▇7264 |

## REMITTANCE ADVICE

**BALANCE DUE THIS INVOICE**             **$ 1,629.01**

Please return this advice with          Wallace Saunders, Chartered
payment by check to:                    ATTN:  Accounts Receivable
                                        10111 West 87th Street
                                        Overland Park, KS 66212

For payment by                          Receiving Bank:
wire transfer or ACH:                   Central Bank
                                        238 Madison Street
                                        Jefferson City, MO  65101
                                        Telephone # 573-634-1302
                                        ABA Routing # ▇▇▇▇0634

                                        For Further Credit to (Beneficiary Bank):
                                        Central Bank of the Midwest
                                        ABA Routing # ▇▇▇▇1892
                                        Beneficiary Acct # ▇▇▇▇4565
                                        Beneficiary Account Name: Wallace Saunders, Chartered

### Please reference invoice #▇0623

TERMS:  DUE UPON RECEIPT

*Thank you! Your business is greatly appreciated.*

10111 West 87th Street | Overland Park, KS 66212 | T: 913.888.1000 | F: 913.888.1065 | wallacesaunders.com
Kansas City, MO  816.448.3154 | Wichita, KS  316.269.2100 | Springfield, MO  417.866.2300